JOSEPH S. SPINNEY, Respondent, *v.* FRANCIS B. THURBER et al.,
Appellants.

(Argued March 12, 1886; decided March 26, 1886.)

*H. Aplington* for appellants.

*George A. Black* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

JOSEPH MUNSTER, Respondent, *v.* THE BROOKLYN CROSS-TOWN
RAILROAD COMPANY, Appellant.

(Submitted March 12, 1886; decided March 26, 1886.)

*William N. Dykman* for appellant.

*Andrew W. Kent* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.